**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ZENITH INSURANCE COMPANY,

    Plaintiff,

v.                                                                                     CASE NO: 8:08-cv-542-T-26MAP

SPRAGGINS FLOORING, INC., d/b/a
SPRAGGINS BUILDER SERVICES,

    Defendant.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Defendant's Motion to Compel Mediation (Dkt. 24) is denied. The Court in due course will enter an order directing the parties to select a mediator and to schedule a mediation conference. Any party or attorney who fails to follow the Court's directive to mediate this case will be subject to sanctions.

    **DONE AND ORDERED** at Tampa, Florida, on November 10, 2008.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA
                                            UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record